STATES DISTRICT COURT
DISTRICT OF COLORADO
ALFRED A. ARRAJ UNITED STATES COURTHOUSE
901 NINETEENTH STREET
DENVER, COLORADO 80294

ZITA LEESON WEINSHIENK
SENIOR UNITED STATES DISTRICT JUDGE

ELECTRONIC MAIL:
Zita_L_Weinshienk@cod.uscourts.gov

TELEPHONE: (303) 844-2784
TELECOPIER: (303) 335-2233

# **MEMORANDUM**

To: Kathy Triplett

From: Senior Judge Weinshienk

Date: February 23, 2010

Case: *10-cr-00093 U.S. v. Abel Vasquez-Castillo*

Subject: Assignment of New Case

---

Kathy,

I am requesting that you draw this case to another district judge. As a senior judge, I have removed myself from the criminal case draw. I understand that I have a previous case with this defendant, but do not wish to tackle a new criminal matter.

Judge Weinshienk