IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00093-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ABEL VASQUEZ-CASTILLO,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY DAVID M. EBEL

    The Motions Hearing set for August 20, 2010, at 4:00 p.m. on the docket of Judge Krieger has been <u>rescheduled</u> to **August 19, 2010, at 10:00 a.m.** on the docket of Judge Ebel.

    The hearing will take occur in the Byron G. Rogers U.S. District Courthouse, Courtroom C202, 2d Floor, 1929 Stout Street, Denver, Colorado.

    DATED: August 3, 2010